UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:21-cv-02118-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| ESCOBAR, et al., | |
| Defendants. | (Doc. No. 16) |

Plaintiff Cymeyon is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 14, 2022, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff had stated cognizable Eighth Amendment claims against defendants Rios and Bonache for use of excessive force, but that plaintiff's Eighth Amendment deliberate indifference claim brought against defendant Escobar should be dismissed without prejudice because defendant Escobar was improperly joined in this action. (Doc. No. 16 at 2–3.) Accordingly, on November 14, 2022, the magistrate judge issued findings and recommendations recommending that this action proceed only on plaintiff's use of excessive force claims brought against defendants Rios and Bonache. (*Id.* at 5.) The findings and recommendations also recommend dismissal of defendant Escobar as improperly joined, without prejudice to plaintiff filing a

separate action against that defendant. (*Id.*) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) No objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 14, 2022 (Doc. No. 16) are adopted in full;
2. This action shall proceed on plaintiff's use of excessive force claims brought against defendants Rios and Bonache;
3. Plaintiff's deliberate indifference claim brought against defendant Escobar is dismissed, without prejudice;
4. Defendant Escobar is dismissed from this action as improperly joined, without prejudice to plaintiff filing of a separate civil action against that defendant;
5. The Clerk of the Court is directed to update the docket to reflect the termination of the defendant Escobar; and
6. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **January 4, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2