1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CYMEYON HILL,                          No.  2:21-cv-02118-DAD-JDP

12                  Plaintiff,

13        v.                               ORDER ADOPTING IN FULL FINDINGS
                                           AND RECOMMENDATIONS AND
14   ESCOBAR, et al.,                      DISMISSING THIS ACTION

15                  Defendants.             (Doc. No. 32)

16

17

18        Plaintiff Cymeyon Hill is a civil detainee proceeding *pro se* and *in forma pauperis* in this

19   civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

20   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On January 16, 2024, the assigned magistrate judge issued findings and recommendations

22   recommending that this action be dismissed without prejudice due to plaintiff's failure to serve

23   the defendants within the time specified under Federal Rule of Civil Procedure 4(m).  (Doc.

24   No. 32 at 3); *see also* Fed. R. Civ. P. 4(m).

25        The pending findings and recommendations were served on the parties and contained

26   notice that any objections thereto were to be filed within fourteen (14) days after service.  (Doc.

27   No. 32 at 3.)  Plaintiff filed his objections on January 26, 2024 (Doc. No. 33), but they provide no

28   basis upon which to decline to adopt the pending findings and recommendations.

                                        1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.      The findings and recommendations issued on January 16, 2024 (Doc. No. 32) are adopted in full;

2.      This action is dismissed without prejudice; and

3.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 25, 2024**                   

DALE A. DROZD
UNITED STATES DISTRICT JUDGE